

# NUMBER 13-20-00284-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE FRIEDRICH ALEXANDER HOENINGHAUS IV

**On appeal from the 249th District Court
of Johnson County, Texas.**

## ORDER OF ABATEMENT

**Before Justices Benavides, Hinojosa and Tijerina
Order Per Curiam**

Appellant filed an appeal of the 249th District Court's denial of his Writ of Habeas Corpus in trial court cause number DC-F201900464-A. On July 17, 2020, the clerk of this court notified appellant it appears there is no final, appealable order in this matter. This defect has not been cured.

Accordingly, we ABATE the appeal and REMAND the cause to the trial court for further proceedings consistent with this order.

Upon remand, the trial court shall determine whether appellant has abandoned this appeal; if not, the trial court shall determine whether appellant is entitled to court-appointed counsel. If the trial court determines that new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment counsel, it shall issue such findings. The trial court shall further cause its findings and/or order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of October, 2020.